# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

*IZHAR SHEFER,*

    *Appellant/Respondent,*

Case No. 23-10232

*v.*

*MORGAN STANLEY SMITH BARNEY LLC and MORGAN STANLEYSMITH BARNEY FINANCING LLC,*

    *Appellees/Plaintiffs.*

_____/

## APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

Appellant-Respondent Izhar Shefer, by and through their undersigned counsel, respectfully files this Motion for Extension of Time to file his Reply to Appellees' Brief Response, and in support thereof states the following:

1. On October 19, 2023, Appellees filed their response to Appellant's Brief.

2. According to the Local Rules, Appellant has 21 days to file a reply, which is by November 9th., 2023.

3. On September 7th., 2023, our younger son was deceased in a tragic car accident.

4. On October 7th., 2023 a war erupted in Israel and Respondent being born in

Israel and belonging to specialized aid units, was summoned to the country help during the war.

5. Both Respondent and undersigned counsel are husband and wife and were required to halt all work on the instant appeal to grief their loss and most recently, for Respondent to comply with his civic obligations.

6. Due to those unforeseen events and the unforeseeable nature of Respondent's duration of service in Israel, Appellant requests that the deadline to file the Reply Brief to Appellees' Response be extended by 90 days, until February 9, 2024.

7. This motion for an extension of time is made in good faith and not for the purposes of delay.

8. Pursuant to the Local Rules, undersigned counsel sought Morgan Stanley's consent for the instant request by email the morning of November 3rd., 2023. Counsel for Morgan Stanley has agreed to a 45-day extension until December 24, 2023.

9. Respondent is appreciative of Appellees' agreement to a 45-day extension, however, he pleads this court to allow a 90-day extension until and including February 9, 2024 given the nature of the request, or in the alternative, a minimum of 60 days, until January 9, 2024.

WHEREFORE, Appellant respectfully requests that he be allowed an

extension until February 9th., 2024, to file his Reply Brief to Appellees' Response with this Court.

Dated: November 3, 2023                Respectfully submitted,

By: /s/ NERA SHEFER
Nera Shefer, Esq.
(FBN 814121)
E-Mail: nera@shefer.legal
800 SE 4th. Ave #803
Hallandale Beach, FL 33009
Telephone: 786-295-9077

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd. of November, 2023 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

R e s p e c t f u l l y ,

/s/ NERA SHEFER
Nera Shefer, Esq.

## CERTIFICATE OF COMPLIANCE WITH FRAP

This Motion complies with the word type-volume limitation of FRAP 32(a)(5)-(6). The word-processor used to compile this motion (Microsoft Word), reveals that there are 450 words of material. Further, the brief complies with this

Court's typeface requirements, as the brief was prepared in Microsoft Word, using Times New Roman, 14 point font.

Respectfully,

/s/ *NERA SHEFER*

Nera Shefer, Esq.