# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-10232

_____

MORGAN STANLEY SMITH BARNEY LLC,
MORGAN STANLEY SMITH BARNEY FINANCING LLC,

                                        Plaintiffs-Appellees,

*versus*

IZHAR SHEFER,

                                        Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:22-cv-21542-BB

_____

ORDER:

| 2 | Order of the Court | 23-10232 |

The motion for an extension of time to and including February 9, 2024, to file Appellant's reply brief is GRANTED.

                                         s/ Elizabeth L. Branch
                                     UNITED STATES CIRCUIT JUDGE